156 A.3d 180

ESTRELLA PIEMONTESE, PLAINTIFF–PETITIONER,
v. ACCOMPLISHED CHIMNEY, INC.,
DEFENDANT–RESPONDENT.

November 9, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001704–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.